IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROY FABRIS | ) |
| | ) |
| Plaintiff, | )   Civil Action No. 3:17-cv-00134-KRG |
| | ) |
| v. | ) |
| | ) |
| NORFOLK SOUTHERN RAILWAY COMPANY | ) |
| | ) |
| Defendant. | ) |

## JOINT MOTION REPORTING THE MATTER SETTLED AND REQUESTING POSTPONEMENT OF THE CONFERENCE SCHEDULED FOR APRIL 26, 2018

The parties hereby file this Motion notifying the court that agreement to settle this matter has been reached and that they are therefore jointly requesting postponement of the Post-Discovery Status Conference scheduled for April 26, 2018. The parties anticipate that a written settlement agreement will be executed within a week to ten days and that thereafter a Stipulation of Dismissal will be filed.

AND NOW, this 25th day of April, 2018.
IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

**DATED: April 25, 2018**

*Attorneys for Plaintiff*

/s/ *Stephen J. Fitzgerald*

Stephen J. Fitzgerald
GARRISON, LEVIN-EPSTEIN,
    FITZGERALD & PIRROTTI, P.C.
405 Orange Street
New Haven, CT 06511
(203) 777-4425 (phone)
(203) 776-3965 (fax)
sfitzgerald@garrisonlaw.com


Elizabeth Rabenold
FEINSTEIN DOYLE PAYNE & KRAVEC, LLC
429 Fourth Avenue
Law and Finance Building, Suite 1300
Pittsburgh, PA 15219
(412) 281-8400 (phone)
(412) 281-1007 (fax)
erabenold@fdpklaw.com

*Attorneys for Defendant*

/s/ *Joseph C. Devine*

Joseph C. Devine (OH 0065428)
Lindsey D'Andrea (OH 0085262)
BAKER & HOSTETLER, LLP
200 Civic Center Drive, Suite 1200
Columbus, OH 43215
(614) 228-1541 (phone)
(614) 462-2616 (fax)
jdevine@bakerlaw.com
ldandrea@bakerlaw.com


J. Lawson Johnston (PA I.D. #19792)
Scott D. Clements (PA I.D. # 78529)
DICKIE, MCCAMEY, & CHILCOTE, P.C.
Two PPG Place, Suite 400
Pittsburgh, PA 15222
(412) 281-7272
ljohnston@dmclaw.com
sclements@dmclaw.com

## CERTIFICATE OF SERVICE

I, Stephen J. Fitzgerald, hereby certify that I caused the foregoing to be filed electronically with the Court, using the CM/ECF system which sent notification of such filing to all attorneys of record.

/s/ *Stephen J. Fitzgerald*
Stephen J. Fitzgerald  (CT22939)