**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| ROY FABRIS )<br>                                   )<br>            Plaintiff,         )<br>                                   )<br>v.                               )<br>                                   )<br>NORFOLK SOUTHERN RAILWAY )<br>COMPANY                 )<br>                                   )<br>            Defendant.      ) | Civil Action No. 3:17-cv-00134-KRG |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

The parties hereby jointly file this Stipulation of Dismissal With Prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and request that this Court enter an order dismissing this matter with prejudice.

**DATED:  May 14, 2018**

*Attorneys for Plaintiff*

/s/ *Stephen J. Fitzgerald*
Stephen J. Fitzgerald
GARRISON, LEVIN-EPSTEIN,
    FITZGERALD & PIRROTTI, P.C.
405 Orange Street
New Haven, CT  06511
(203) 777-4425 (phone)
(203) 776-3965 (fax)
sfitzgerald@garrisonlaw.com

Elizabeth Rabenold
FEINSTEIN DOYLE PAYNE & KRAVEC, LLC
429 Fourth Avenue
Law and Finance Building, Suite 1300
Pittsburgh, PA  15219
(412) 281-8400 (phone)
(412) 281-1007 (fax)
erabenold@fdpklaw.com

*Attorneys for Defendant*

/s/ *Joseph C. Devine*
Joseph C. Devine (OH 0065428)
Lindsey D'Andrea (OH 0085262)
BAKER & HOSTETLER, LLP
200 Civic Center Drive, Suite 1200
Columbus, OH  43215
(614) 228-1541 (phone)
(614) 462-2616 (fax)
jdevine@bakerlaw.com
ldandrea@bakerlaw.com

J. Lawson Johnston (PA I.D. #19792)
Scott D. Clements (PA I.D. # 78529)
DICKIE, MCCAMEY, & CHILCOTE, P.C.
Two PPG Place, Suite 400
Pittsburgh, PA 15222
(412) 281-7272
ljohnston@dmclaw.com
sclements@dmclaw.com

## CERTIFICATE OF SERVICE

I, Stephen J. Fitzgerald, hereby certify that I caused the foregoing to be filed electronically with the Court, using the CM/ECF system which sent notification of such filing to all attorneys of record.

*/s/ Stephen J. Fitzgerald*
Stephen J. Fitzgerald  (CT22939)